Clyde L. Mills-22459-Rm 327
Denmar Correctional Center
H.C. 64 Box 125
Hillsboro,W.Va. 24946



April 7-2003

FILED

APR 1 1 2003

SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Co
Southern District

Honorable Joseph R. Goodwin
United States District Court
P.O. Box 1570
Huntington,W.Va.25305

Dear. Honorable Joseph Goodwin

This is in concern of a legal matter,   which involves

a numerous of denied rights in access to the department of

Motor Vehicles. Which my mother Shirley Adkins received a

renewal card in the mail,that my license needed renew. Which

she sent to me for filling, and filing at the Department of

motor vehicles in charleston W.Va. I had put it in the U.S.

mail up here at the Denmar Correctional Center Post Office.

It then was sent to, Ms. Dun Wick to issue a check for thir-

teen dollars,to place into the envelope with the other doc-

uments to the Department of Transportation. But was called

down to her office by her,which was on 4-7-2003,and was told

by her. That she was not going to issue,a check for such. I

also have asked the CMS Medical staff here for the Denmar Corr-

ectional Medical Unit Dr. Must. That I will need to sign a rel-

ease for my medical records,with the medical staff here. For

such medical records to be sent out of here,but the request I

1

put in on such notice to the Warden Mark Williamson. Has not
been answered,on such concern I need my medical records rel-
eased to the division of Coal mine workers Compensation  in
Charleston W.Va. I am also needing copies sent out,to the
Social Security Administration in huntington W.Va. Which they
have refused to do so on either of them. I would ask if you,
would send a court order up here for such issues to be don
by ordering the defendant to release my medical records to the
above offices in this letter or petition for a order for such
defendants to release such medical records. That the court
would do an invesigation on the issues of being denied,the
rights to have this don and to be able to do theses issues.
I am also been denied the right to type legal issues to the
Social Security Office. That I have been told,that I can only
use the typewriters for legal cases in my criminal case. They
tell me,that if I type one more thing ;that did not concern
legal matters on my case.  I will be written up and have good
time taken from me for doing so. I will subject my self to a
polygraph testing, to show that I may come to show such is
taking place. That I know,that the defendants up here will de-
nie of such things going on. I would also ask for a junction
order permitting,any retaliation from any of these defendants
as I'm process such legal actions agajnst these defendants on
the denied rights in this letter or petition.   I am in con-
cern,that My licenses are about to go dead and I am not able to
get around that good,and need my drivers licence renew. I would
thank you sir,if you could please give a reply soon on this
matter. If you would,it would greatly thankful.

Addresses of such information in the letter to you,that you may come to give notice to the contents in this letter.


Social Security Administration    - Phone 304-325-0778
301 9th Street                      TTD:(800) 325-5596
Third Floor
Huntington,W.Va. 25701


Employment Standards Administration -Phone 1-800-347-3749
Office of Workers Compensation                (304) 347-7115
Division of coal mine Workers Compensation
500 Quarrier Street,Suite 110
Charleston,W.Va. 25301


Division of Motor Vehicles
1800 Kanawha Boulevard East-Building Three
Charleston,W.Va. 25317-0010


DOC: 22459
DOB: 4-14-63
SSN: 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
License No: E412815
cc: Copied


Clyde Lee Mills-22459 Rm 327
Denmar Correctional Center
H.C. 64 Box 125
Hillsboro,W.Va. 24946